LILLIAN R. ADAMSON, Respondent, v. HANS C. ADAMSON, Appellant.— Order unanimously modified by reducing the alimony to thirty-five dollars a week and

the counsel fee to $250, and as so modified affirmed, without costs. Unless the case is prosecuted diligently defendant may apply for a further modification. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.